UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MILLER,<br>   Plaintiff,<br><br>-v-<br><br>AXA WINTERTHUR INSURANCE COMPANY,<br>   Defendant. | No. 1:10-cv-1057<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant AXA Winterthur Insurance Company's motion to dismiss on the ground that this Court lacks personal jurisdiction over Defendant, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff Miller

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 12, 2011                 /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge